# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRI L. SCHUREMAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>MARK T. IDELL, *et al.*,<br><br>　　　Defendants. | Case No. CIV-24-406-RAW-JAR |

**ORDER**

Before the court are the Defendants' motion to dismiss for failure to prosecute and failure to abide by this court's order [Docket No. 36] and the Findings and Recommendation issued by Magistrate Judge Robertson [Docket No. 39] recommending that the motion be granted and this action be dismissed without prejudice.

On March 31, 2025, Magistrate Judge Robertson entered an order permitting the Plaintiff's attorney to withdraw from further representation of the Plaintiff in this action. He also directed the Plaintiff to retain alternative counsel and have that counsel file an entry of appearance or to file a statement that she intended to represent herself no later than May 1, 2025. A copy of Magsitrate Judge Robertson's order was delivered by certified mail to Plaintiff on April 14, 2025.

The Plaintiff has filed nothing in this case since the March 31, 2025 order. She has not filed anything in response to Magistrate Judge Robertson's order or to the Defendants' motion to dismiss. Accordingly, the R&R [Docket No. 39] is hereby affirmed and adopted as this court's Findings and Order. The Defendants' motion to dismiss for failure to prosecute and failure to

abide by this court's order [Docket No. 36] is hereby granted and this action is hereby dismissed without prejudice.

    **IT IS SO ORDERED** this 17th day of July, 2025.

_Ronald A. White_
_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**